IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00223-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES ARROYO,

    Defendant.

---

### ORDER

---

This matter is before the Court on the United States' Motion to Dismiss [Docket No. 44]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss [Docket No. 44] is granted. Counts 2, 3, and 4 of the Indictment are dismissed.

    DATED November 28, 2012.

                              BY THE COURT:

                              PHILIP A. BRIMMER
                              United States District Judge